Dylan James Dotson

    Plaintiff

3:23-mc-11
Varlan/Poplin

VS.

Anderson County Sheriff Department

Adam Warren (K-9 officer)

    Defendants

FILED
FEB 21 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Defendants City of Clinton, Tennessee is and was at all relevant times Herein a municipal corporation of the state of Tennessee.

This action arises under and is brought persuant to 42 U.S.C. Section 1983 to remedy the deprivation, under color of state law of rights guaranteed, by the Eighth and Fourteenth amendments 354 to the United States Constitution. This Court has Jurisdiction over this action Pursuant to 28 U.S.C. Sections 1331 and 1343.

Plaintiff claims for injunctive relief are authorized by rule 65 of Federal Rules of Civil Procedure.

This cause arose in the 7th Jurisdiction of Anderson County Tennessee. 355 Therefore, venue is proper under 28 U.S.C. section 1391(B)

Plaintiff has filed no other law suits pertaining with the same facts involved in this action or otherwise relating to his/her Imprisonment.

My administrative remedies have been fully exhausted through all the adequate medical/surgical Procedures.

At all relevant times herein, defendants were "Persons" for purposes of 42 U.S.C. section 1983 and acted under color of law to deprive Plaintiff of his/her constitutional rights, as set forth more completely detailed below.

On Sunday, June 26, 2022. I, Dylan J Dotson, evaded arrest out of fear for my life. As I exited my vehicle and proceeded on foot down a creek bank, Officer Adam Warren of the Anderson County Sheriff department, and his K-9 partner Axle approached the creek bank. At that point Axle attacked biting into my shoulder less than 6 inches from my neck, leaving deep gashes from my chest to my back. As I began to stand K-9 Axle released his biting grip, as I was then at gun point by Officer Warren and commanded to move up the creek bank towards Officer Warren. With my hands raised I completely complied to the order I was given. Upon compliance and within

minutes of the first attack, with my hands still in the air and not resisting, Officer Warren once again gave his K-9 partner the command to attack me for the 2nd time. In which Axle bite my right arm next to my arm pit, and because of the position of my hands being in the air when I was attacked it caused severe damage and pain so severe that I almost passed out from it. At the realization of the damage caused, and the amount of blood loss I was life flighted to UT medical hospital, in which wounds of 3 inches wide and 3 inches deep were seen on my chest as well as the severe tear of my arm. I under went surgery then was transported to the Anderson County Detention Facility for one day until infection was found in my wounds, at that point I was transported back to UT medical hospital where I went under a second surgery a remained in the UT medical Trauma unit for 5 days. This encounter with Anderson County Sheriff's deparment and Officer Idom Warren along with his K-9 partner Axle has severely effected me physically, and psychologically.

Plaintiff request an order declaring that the defendants have acted in violation of the United States Constitution.

Plaintiff request an injunction 358 compelling defendants to provide compensation of medical bills, pain and suffering, and loss wages, as well as false imprisonment.

Plaintiff request $50,000,000.00 as compensatory damages

Signed this day February 13, 2023

I declare under penalty of perjury that the foregoing is true and correct.

Plaintiff Name
Dylan James Dotson

February 13, 2023

Dylan James Dotson (#571860)
308 Public Safety Ln
Clinton TN 37716

The sender of this letter is an Anderson County inmate

The united states
Eastern District Federal court
343½383 Main St SW
Knoxville TN 37902



KNOXVILLE TN 377
18 FEB 2023 PM 1 L

RECEIVED
FEB 21 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville