UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DYLAN JAMES DOTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:23-CV-88-TAV-DCP |
| | ) |
| ANDERSON COUNTY | ) |
| SHERIFF'S DEPARTMENT, | ) |
| ADAM WARREN, and | ) |
| CITY OF CLINTON, TENNESSEE, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This civil matter is before the Court on the Order and Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on June 6, 2023 [Doc. 14]. In the R&R, Judge Poplin recommends that plaintiff's claim under the Eighth Amendment be dismissed and that the Anderson County Sheriff's Department, Anderson County, Tennessee, and the City of Clinton be dismissed as defendants from this case but allow plaintiff's remaining claim to proceed against Adam Warren.

There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Poplin's Recommendations and **ACCEPTS** and **ADOPTS** the R&R [Doc. 14] in whole.

Accordingly, it is hereby **ORDERED** that plaintiff's claim under the Eighth Amendment be **DISMISSED** and the Anderson County Sheriff's Department, Anderson County, Tennessee, and the City of Clinton be **DISMISSED** as defendants from this case. Further, it is hereby **ORDERED** that plaintiff's claim of excessive force against Officer Adam Warren be allowed to proceed.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE